UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | David Keith Hawke | **Case No :** | 10-36339 - D - 7 |
| | | **Date :** | 9-1-10 / 09-1-10 |
| | | **Time :** | 10:00 |
| **Matter :** | [14] - Order to Show Cause - Failure to Attend 341 Meeting as Transmitted to BNC for Service. Hearing to be held on 9/1/2010 at 10:00 AM at Sacramento Courtroom 34, Department D. (kwis) | | UNOPPOSED |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
　　　　Debtor - David Keith Hawke

HEARING CONTINUED TO: 10/13/10 at 10:00 AM Request of Court

The hearing was continued for the following reason(s):
DEBTOR TO ATTEND CONTINUED 341 MEETING OF CREDITORS ON 9-22-10 AT 7:30 A.M.