UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re,                                    )   Case No. 10-36339-D-7
                                          )
DAVID KEITH HAWKE,                        )
                                          )
            Debtor(s).                    )
                                          )
_____     )

### ORDER ON FEE WAIVER APPLICATION

Upon consideration of the debtor(s) "Application for Waiver of the Chapter 7 Filing Fee,"

**IT IS ORDERED THAT** the application be:

[ ]   **DENIED** because:

    ☐    The income reported on the debtor's application exceeds 150% of the U.S. Dept. of Health and Human Services' poverty guideline for a household of the size reported by the debtor in the application.

    ☐    The application does not specify the size of the debtor's household. In the absence of this information, the court presumes the debtor has a household of one person. The income reported on the debtor's application exceeds 150% of the U.S. Dept. of Health and Human Services' poverty guideline for a household of one.

    ☐    While the debtor's income is less than 150% of the U.S. Dept. of Health and Human Services' poverty guideline, according to the application the debtor has sufficient cash or money on deposit to pay the filing fee.

    ☐    The income reported on the application is less than 150% of the U.S. Dept. of Health and Human Services' poverty guideline. However, the income reported is either the debtor's take home pay or income remaining after payment of all monthly living expenses. The poverty guidelines are based on gross income. The debtor's gross income, as reported on Schedule I, is more than 150% of the applicable poverty guideline.

    ☐    The debtor has not filed a certificate regarding credit counseling with the petition as required by 11 U.S.C. § 109(h). Without such certificate the debtor is not eligible for chapter 7 relief.

    ☐    The debtor has failed to file the schedules and statements required by 11 U.S.C. § 521(a) within the time required by Fed. R. Bankr. P. 1007(c).

    ☐    The debtor has filed a chapter 13 petition. The filing fee may be waived only for a chapter 7 petition.

1   It is FURTHER ORDERED that the debtor shall pay the chapter 7 filing fee on the
2   following terms:
3       1.      The debtor shall pay the filing fee of $299 in the following installments:
4               $75 on or before _____
5               $75 on or before _____
6               $75 on or before _____
7               $74 on or before _____
8
9       2.      Until the filing fee is paid in full, the debtor shall not make any additional payment
10  or transfer any additional property to an attorney, bankruptcy petition preparer, or any other
11  person, for services in connection with this case.
12      3.      If the debtor fails to timely pay the filing fee in full or if the debtor fails to timely
13  make the above installment payments, the court may dismiss this case.
14      4.      Payments shall be made by mail or in person at U.S. Bankruptcy Court, 501
15  I Street, Suite 3-250, Sacramento, CA 95814. Do not send cash through the mail. No personal
16  checks will be accepted. Instead, use money orders or cashier's checks payable to "Clerk, U.S.
17  Bankruptcy Court." To insure proper credit, include the debtor's name, case number, and the
18  words "filing fee installment payment" on your money order or cashier's check.
19  [ X ]   SCHEDULED FOR HEARING.
20          A hearing to consider the debtor(s) "Application for Waiver of the Chapter 7 Filing Fee"
21  shall be held on **October 13, 2010,** at **10:00 am** at the United States Bankruptcy Court, 501
22  I Street, Sixth Floor, (Courtroom 34), Sacramento, CA. IF THE DEBTOR(S) FAILS TO
23  APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE
24  THE DEBTOR(S) CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER
25  APPLICATION BY DEFAULT.
26
27  Dated:   SEP 1 6 2010
28                                                  Robert S. Bardwil, Judge
                                                    United States Bankruptcy Court

-2-

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Service List

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| David Keith Hawke<br>1743 Evergreen Dr<br>Roseville, CA 95747 | Carl A. Lux<br>2135 Santa Anita Avenue<br>Altadena, CA 91001 | Thomas E. May<br>5098 Foothills Blvd #3-484<br>Roseville, CA 95747 |

EDC 3-073 (New 6/3/09)