

**Chase Home Lending** 700 Kansas Lane, Mail code: LA4-5555
Monroe, LA 71203
(800) 848-9136 Customer Care
(800) 582-0542 TDD/Text Telephone



*10- 36339*

November 9, 2010

**TO:**
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**501 I STREET, SUITE 3-200**
**SACRAMENTO CA 95814**

To Whom It May Concern:

This letter is in response to the enclosed correspondence that Chase recently received.

Unfortunately we could not identify a Chase account with the limited information that is provided. If applicable, you may submit these documents with additional information that will allow us to identify the Chase account and process your correspondence. The needed information consists of: primary borrower's name & address, Chase loan number or property address.

Please send the additional information and correspondence to:

Chase Record Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Chase's goal is to provide the highest level of quality service. If you have any questions, please contact Customer Care at (800) 848-9136.

Sincerely,

Customer Care

*CTUS*

**FILED**

**NOV 15 2010**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3–200**<br>**Sacramento, CA 95814**<br><br>(916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM | **FILED**<br><br>**8/6/10**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>kwis |

# ORDER TO SHOW CAUSE RE DISMISSAL OR
# IMPOSITION OF SANCTIONS COMBINED WITH NOTICE THEREOF

**Case Number:** 10–36339 – D – 7

**Debtor Name(s) and Address(es):**

David Keith Hawke
1743 Evergreen Dr
Roseville, CA 95747

The court docket and file in the above case indicate that:

*the debtor(s) failed to attend the § 341 meeting that was set for 07/27/10, as required by 11 U.S.C. § 343.*

**THEREFORE,**

**IT IS ORDERED** that the debtor, and if represented, the debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:**  September 1, 2010 at 10:00 a.m. \*\*AMENDED\*\*
**PLACE:**  U.S. Bankruptcy Court
Department D, Courtroom 34, 6th Floor
501 I Street
Sacramento, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules of Practice and local requirements.

You may arrange to attend by telephone by contacting Court Call at 1–866–582–6878 at least seven (7) days prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:  For the Court,
8/6/10  Richard G. Heltzel , Clerk